**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 16-25193-CIV-ALTONAGA/O'Sullivan**

**EMERGENCY SERVICES OF
ZEPHYRHILLS, P.A., et al.**

  **Plaintiffs,**

**vs.**

**COVENTRY HEALTH CARE OF
FLORIDA, INC.,**

  **Defendant.**
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties (D.E. 5), Defendant, Coventry Health Care of Florida, Inc., discloses as follows:

**I.  CERTIFICATE OF INTERESTED PARTIES**

The following is a full and complete list of all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other legal entities that are financially interested in the outcome of this litigation, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1.  Emergency Services of Zephyrhills, P.A.

2.  Inphynet Contracting Services, LLC

3.  Inphynet South Broward, LLC

4.  IPN Emergency Physicians of North Florida, P.A.

5.  Paragon Contracting Services, LLC

6.  Paragon Emergency Services, LLC

7.      Southwest Florida Emergency Management, Inc.

8.      Coventry Health Care of Florida, Inc.

9.      Florida Health Plan Administrators, LLC

10.     Aetna Health Holdings, LLC

11.     Aetna Inc.

12.     Harvey W. Gurland, Jr., Esq.
Felice K. Schoenfeld, Esq.
Duane Morris LLP
*Counsel for Plaintiffs*
200 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-2318

13.     Gregory A. Brodek, Esq.
Duane Morris LLP
*Counsel for Plaintiffs*
88 Hammond Street, Suite 500
Bangor, ME 04401-4953

14.     Michael R. Gottfried, Esq.
Robert Zaffran, Esq.
Duane Morris LLP
*Counsel for Plaintiffs*
100 High Street, Suite 2400
Boston, MA 02110-1724

15.     Richard P. Hermann, II, Esq.
David J. DePiano, Esq.
Shapiro Blasi Wasserman & Hermann, P.A.
*Counsel for Defendant*
7777 Glades Road, Suite 400
Boca Raton, FL 33434

16.     Andrews Kurth Kenyon LLP
600 Travis Street, Suite 4200
Houston, TX 77002

## II.   CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Coventry Health Care of Florida, Inc., a Florida Corporation, is a wholly-owned subsidiary of Florida Health Plan Administrators, LLC, which is a Florida limited liability company that is a wholly-owned subsidiary of Aetna Health Holdings, LLC.  Aetna Health Holdings, LLC, a Delaware limited liability company, is wholly-owned by Aetna Inc., a Pennsylvania corporation that is publicly traded.  Based on filings with the Securities Exchange Commission, we are not aware of any publicly held company that owns 10% or more of the outstanding common stock of Aetna Inc.

Dated this 5th day of January, 2017.

SHAPIRO BLASI WASSERMAN & HERMANN, P.A.
*Counsel for Defendant*
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Tel.:   (561) 477-7800
Fax:   (561) 477-7722

By: */s/ Richard P. Hermann, II*
      RICHARD P. HERMANN, II, ESQ.
      Florida Bar No.: 110019
      DAVID J. DePIANO, ESQ.
      Florida Bar No.: 55699

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of January, 2017, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Southern District of Florida and served a true and correct copy thereof on all counsel of record using the CM/ECF System.

*/s/ Richard P. Hermann, II*
Richard P. Hermann, II